No. 11–8763.  PADILLA *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8766.  ARELLANO *v.* CURRY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–8769.  GEBERETENSIA *v.* HOLDER, ATTORNEY GENERAL.  C. A. 4th Cir.  Certiorari denied.

No. 11–8772.  GREENE *v.* DEPARTMENT OF LABOR.  C. A. 4th Cir.  Certiorari denied.

No. 11–8774.  FLOWERS *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 11–8775.  GUERRIER *v.* LEGRAND, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8776.  HARVEY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–8780.  FRANCIS *v.* STANDIFIRD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–8781.  GZIKOWSKI *v.* BUSBY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–8783.  FRAME *v.* PENNSYLVANIA.  Commw. Ct. Pa. Certiorari denied.

No. 11–8787.  CLYDE *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 11–8789.  HOWARD *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–8790.  HEARNE *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 11–8792.  WOODALL *v.* BEAUCHAMP, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.